**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
**2500 Tulare Street**
**Fresno, CA 93721**

U.S. District Court for the
Northern District of CA
450 Golden Gate Avenue
San Francisco, CA 94102−3489

**RE:**       USA vs. *MIGUEL QUINTERO* CR08-327MMC
**USDC No.:**  **1:06−CR−00171−OWW**

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated
May 20, 2008 , transmitted herewith are the following documents.

**Certified Copies of Indictment, Judgment and Docket Sheet**

Documents maintained electronically by the district court are accessible through
PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**May 22, 2008**       /s/ **J. Hellings**
                       _____
                       Deputy Clerk

RECEIVED BY:
                       _____
                       Please Print Name

DATE RECEIVED:
                       _____

NEW CASE
NUMBER:                _____

FILED

MAY 2 0 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

**TRANSFER OF JURISDICTION**
**E-filing**

| | |
|---|---|
| **DOCKET NUMBER** (Tran. Court) 1:06CR00171-05 OWW | |
| **DOCKET NUMBER** (Rec. Court) | |

| **NAME AND ADDRESS OF SUPERVISED RELEASEE**<br><br>MIGUEL QUINTERO<br>12601 Hawncreek Road, Potter Valley, CA<br>(City/State only) | **DISTRICT**<br><br>Eastern District of California | **DIVISION**<br><br>Southern | **MMC** |
|---|---|---|---|
| | **NAME OF SENTENCING JUDGE**<br><br>Oliver W. Wanger | | |
| | **DATES OF SUPERVISED RELEASE:** | **FROM**<br>01/22/2008 | **TO**<br>02/21/2011 |

| **OFFENSE** | 21 USC 846, 841(a)(1) and (b)(1)(D)-Conspiracy to Possess Marijuana with the Intent to Distribute |
|---|---|

**PART 1 - ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_4-28-08_
**Date**

_____
**Senior United States District Judge**

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_5/8/08_
**Effective Date**

_____
**United States District Judge**

CC:    United States Attorney
       FLU Unit-United States Attorney's Office
       Fiscal Clerk-Clerk's Office

I hereby attest and certify on _5/22/08_ that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

By _____ Deputy

Rev. 11/2006
TRANSFER OF JURIS (PROB22) MRG

1 | MCGREGOR W. SCOTT
United States Attorney
2 | LAUREL J. MONTOYA
Assistant U.S. Attorney
3 | 4401 Federal Building
2500 Tulare Street
4 | Fresno, California 93721
Telephone: (559) 497-4000
5 |
6 |
7 |



MAY - 4 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

8 |              IN THE UNITED STATES DISTRICT COURT FOR THE

9 |                      EASTERN DISTRICT OF CALIFORNIA

10 |

11 | UNITED STATES OF AMERICA,     )     CR. NO 1:  06 CR 00171 AWI
                                   )
12 |              Plaintiff,        )
                                   )
13 |        v.                      )     VIOLATION:  21 U.S.C. §§ 846 and
                                   )     841(a)(1) - Conspiracy to
14 | ERASMO SILVA,                  )     Distribute and Possess
     SUZANNE BARNETT,              )     Methamphetamine and Marijuana
15 | JOSE QUINTANILLA SILVA,        )     With the Intent to Distribute;
     NICANOR MANERA,               )     18 U.S.C. § 922(g)(3) - Unlawful
16 | MIGUEL QUINTERO,               )     User of a Controlled Substance
     DUSTIN SMILEY,                )     In Possession of a Firearm; 21
17 | WESLEY SMILEY,                 )     U.S.C. § 843(b) - Using a
     GEORGE BUCHHOLZ,              )     Communication Facility to
18 | MICHAEL WATTENBARGER,          )     Facilitate a Felony; 8 U.S.C. §
     ERNIE LIPPS,                   )     1326 - Deported Alien Found in
19 | RUSTEN PAHL,                   )     the United States
     ISMAEL ALVAREZ DELEMORA, and  )
20 | JOSE ASUNCION ROMO.            )
                                   )
21 |              Defendants.       )
     _____    )
22 |

23 |

24 |

25 |                      I N D I C T M E N T

26 |

27 |

28 |

                                    1

1   COUNT ONE:   [21 U.S.C. §§ 846 and 841(a)(1) - Conspiracy to
                 Distribute and Possess Methamphetamine and Marijuana
2                with the Intent to Distribute]

3        The Grand Jury charges:   T H A T

4                              ERASMO SILVA,
                               SUZANNE BARNETT,
5                         JOSE QUINTANILLA SILVA,
                               NICANOR MANERA,
6                             MIGUEL QUINTERO,
                               DUSTIN SMILEY,
7                              WESLEY SMILEY,
                              GEORGE BUCHHOLZ,
8                         MICHAEL WATTENBARGER,
                               ERNIE LIPPS,
9                      ISMAEL ALVAREZ DELAMORA, and
                            JOSE ASUNCION ROMO,
10

11  defendants herein, beginning on a time unknown but not later than

12  on or about October 9, 2003, and continuing to on or about April

13  21, 2006, in the State and Eastern District of California, and

14  elsewhere, did knowingly and intentionally conspire and agree with

15  each other, and other persons, both known and unknown to the Grand

16  Jury, to possess 50 grams or more of methamphetamine with the

17  intent to distribute, possess marijuana with the intent to

18  distribute, Schedule I and II controlled substances, in violation

19  of Title 21, United States Code, Sections 846 and 841(a)(1),

20  (b)(1)(A), and (b)(1)(D).

21  COUNT TWO:   [18 U.S.C. § 922(g)(3) - Unlawful User of A
                 Controlled Substance In Possession of a Firearm]
22

23        The Grand Jury further charges: T H A T

24                            GEORGE BUCHHOLZ,

25  defendant herein, on or about April 21, 2006, in the State and

26  Eastern District of California, being an unlawful user of a

27  controlled substance, did knowingly possess a firearm which had

28  been shipped and transported in interstate commerce, that is: the

2

 1 | defendant, was in possession of a Savage Arms .20 gauge shotgun, in
 2 | violation of Title 18, United States Code, Section 922(g)(3).
 3 | COUNT THREE:    [21 U.S.C. § 843(b) - Using Communication
                     Facility to Facilitate the Commission of a Felony]
 4 |
 5 |          The Grand Jury further charges: T H A T
 6 |                         RUSTEN PAHL,
 7 | defendant herein, on or about and between October 13, 2005 and
 8 | October 18, 2005, in the State and Eastern District of California,
 9 | and elsewhere, did knowingly and intentionally use a communication
10 | facility, to wit:  a telephone, to facilitate the commission of an
11 | act or acts constituting a felony narcotics offense, to wit:
12 | possession of marijuana with the intent to distribute and
13 | conspiracy to distribute marijuana, a Schedule I controlled
14 | substance, a violation of Title 21, United States Code Sections 846
15 | & 841(a)(1), all in violation of Title 21 U.S.C. § 843(b).
16 | COUNT FOUR:    [8 U.S.C. § 1326 - Deported Alien Found in the
                     United States]
17 |
18 |          The Grand Jury further charges: T H A T
19 |                         ERASMO SILVA,
20 | defendant herein, an alien, on or about December 21, 1999, was
21 | deported or removed from the United States and thereafter on or
22 | about November 23, 2004, was found within the State and Eastern
23 | District of California without having obtained the consent of the
24 | Attorney General of the United States or his successor, the
25 | Secretary for the Department of Homeland Security (Title 6, United
26 | States Code, Sections 202(3), (4) and 557) for a reapplication for
27 | //
28 | //

3

 1   admission into the United States, in violation of Title 8, United

 2   States Code, Section 1326.

 3                                        A TRUE BILL.

 4                                            ___\S\___

 5                                        FOREPERSON

 6

 7

 8   MCGREGOR W. SCOTT
     United States Attorney
 9

10   By _____
       MARK E. CULLERS,
11     Assistant U.S. Attorney
       Chief, Fresno Office
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    4

AO 257
(Rev. 10/95)

PER 18 U.S.C 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT**

BY

[ ] COMPLAINT   [ ] INFORMATION   [X] INDICTMENT   | Name of District Court, and/or Judge Magistrate Location (city)
[ ] SUPERSEDING INFORMATION   [ ] SUPERSEDING

**EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO, CALIFORNIA**

---

**OFFENSE CHARGED**

___ Petty
___ Minor
___ Misdemeanor
_X_ Felony

**SEE INDICTMENT**

**DEFENDANT -- U.S. vs.
MIGUEL QUINTERO**

Address { 0 6 CR 0 0 1 7 1 AWI

Birth Date                    Male    Alien (if applicable)
                             Female
(Optional unless a juvenile)

Place of Offense | U.S.C. Citation

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

| DEA

[ ] this person is awaiting trial in another Federal or State Court, give name of court.

[ ] this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21, or 40. Show District

[x] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[X] U.S. Att'y   [ ] Defense

}  SHOW DOCKET NO.

1:06 cr 162 OWW

[ ] this prosecution relates to a pending case involving this same defendant

[ ] prior proceeding or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on

THIS FORM | DENISE CHAMPION

X  U.S. Att'y    Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) | LAUREL J. MONTOYA

---

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) [ ] Has not been arrested, pending outcome this proceeding if not detained give date any prior summons was served on above charges

2) [ ] Is a Fugitive
3) [ ] Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) [X] On this charge
5) [ ] On another conviction   [X] Fed'l   [ ] State
6) [ ] Awaiting trial on other charges
      If answer to (6) is "Yes", show name of institution

Has detainer been filed? | Yes | If "Yes" give date
                        | No

DATE OF ARREST ▶   Mo.   Day   Year

Or ... if arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY ▶   Mo.   Day   Year

[ ] This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

10 years to life; $4 million fine
Defendant in custody; next court date 5/15/06

**PENALTY SLIP**

**DEFENDANT:**    **MIGUEL QUINTERO**

**VIOLATION:**    **Count 1**
    **21 U.S.C. §§ 846 and 841(a)(1) - Conspiracy to Distribute and Possess**
    **Methamphetamine and Marijuana with the Intent to Distribute**

**PENALTY:**    **10 years to life imprisonment**
    **Not more than $4 million fine**

**1: 0 6 ⍐ 0 0 1 7 1 AWI**

Case 3:08-cr-00327-MMC    Document 2    Filed 05/28/2008    Page 9 of 30

AO 245B-CAED (Rev. 3/04) Sheet 1 - Judgment in a Criminal Case    Case 1:06-cr-00171-OWW    Document 265    Filed 12/06/2007    Page 1 of 6

# United States District Court

## Eastern District of California

UNITED STATES OF AMERICA
v.
**MIGUEL QUINTERO**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: **1:06CR00171-005**

Barbara O'Neill
Defendant's Attorney

## THE DEFENDANT:

[✔]    pleaded guilty to count(s): One of the Superseding Information .
[ ]    pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]    was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC 846, 841(a)(1) and (b)(1)(D) | Conspiracy to Possess Marijuana With the Intent to Distribute | 10/21/2005 | One |

The defendant is sentenced as provided in pages 2 through  6  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]    The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[ ]    Count(s) ___ (is)(are) dismissed on the motion of the United States.

[✔]    Indictment is to be dismissed by District Court on motion of the United States.

[ ]    Appeal rights given.    [✔]    Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

December 3, 2007
Date of Imposition of Judgment

/s/ OLIVER W. WANGER
Signature of Judicial Officer

**OLIVER W. WANGER**, United States District Judge
Name & Title of Judicial Officer

December 6, 2007
Date

CASE NUMBER:        1:06CR00171-005                                Judgment - Page 2 of 6
DEFENDANT:          MIGUEL QUINTERO

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 months .

[✔]    The court makes the following recommendations to the Bureau of Prisons:
       The Court recommends that the defendant be incarcerated in a California facility, but only insofar as this accords with security classification and space availability. The Court recommends the defendant participate in the 500-Hour Bureau of Prisons Substance Abuse Treatment Program.

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before _ on ___.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.
       If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.


                                                            _____
                                                            UNITED STATES MARSHAL


                                                    By  _____
                                                            Deputy U.S. Marshal

AO 245B-CAED (Rev. 9/04) Sheet 3 - Supervised Release    Document 265    Filed 12/06/2007    Page 3 of 6

CASE NUMBER:       1:06CR00171-005                                                    Judgment - Page 3 of 6
DEFENDANT:         MIGUEL QUINTERO

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 36 months .

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed four (4) drug tests per month.

[ ]     The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[✔]     The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

[✔]     The defendant shall submit to the collection of DNA as directed by the probation officer. (Check, if applicable.)

[ ]     The defendant shall register and comply with the requirements in the federal and state sex offender registration agency in the jurisdiction of conviction, Eastern District of California, and in the state and in any jurisdiction where the defendant resides, is employed, or is a student. (Check, if applicable.)

[ ]     The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without permission of the court or probation officer;
2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3)   the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4)   the defendant shall support his or her dependants and meet other family responsibilities;
5)   the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6)   the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7)   the defendant shall refrain from excessive use of alcohol;
8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)   the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view by the probation officer;
11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

CASE NUMBER:     1:06CR00171-005                                    Judgment - Page 4 of 6
DEFENDANT:       MIGUEL QUINTERO

## SPECIAL CONDITIONS OF SUPERVISION

1.  The defendant shall submit to the search of his person, property, home, and vehicle by a United States Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2.  As directed by the probation officer, the defendant shall participate in a correctional treatment program (inpatient or outpatient) to obtain assistance for drug or alcohol abuse.

3.  As directed by the probation officer, the defendant shall participate in a program of testing (i.e. breath, urine, sweat patch, etc.) to determine if he has reverted to the use of drugs or alcohol.

4.  The defendant shall not possess or have access to any paging device or cellular phone without the advance permission of the probation officer. The defendant shall provide all billing records for such devices, whether used for business or personal, to the probation officer upon request.

5.  As directed by the probation officer, the defendant shall participate in a co-payment plan for treatment or testing and shall make payment directly to the vendor under contract with the United States Probation Office of up to $25 per month.

6.  The defendant shall register, as required in the jurisdiction in which he resides, as a drug offender.

CASE NUMBER:     1:06CR00171-005                                        Judgment - Page 5 of 6
DEFENDANT:       MIGUEL QUINTERO

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

|         | Assessment | Fine | Restitution |
|---------|-----------|------|-------------|
| Totals: | $ 100.00  | $ waived | $ |

[]   The determination of restitution is deferred until __. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[]   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---------------|-------------|---------------------|------------------------|
| TOTALS:       | $ __        | $ __                |                        |

[]   Restitution amount ordered pursuant to plea agreement $ __

[]   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ]   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   []   The interest requirement is waived for the       [ ] fine      [ ] restitution

   []   The interest requirement for the       [ ] fine   [ ] restitution is modified as follows:

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B-CAED (Rev. 3/04) Sheet 6 - Schedule of Payments    Document 265    Filed 12/06/2007    Page 6 of 6

CASE NUMBER:          1:06CR00171-005                                                Judgment - Page 6 of 6
DEFENDANT:            MIGUEL QUINTERO

# SCHEDULE OF PAYMENTS

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A    [✔]        Lump sum payment of $ __100.00__ due immediately, balance due

     [ ]    not later than __ , or
     [ ]    in accordance with        [ ] C,   [ ] D,   [ ] E, or        [ ] F below; or

B    [ ] Payment to begin immediately (may be combined with    [ ] C,   [ ] D, or [ ] F below); or

C    [ ] Payment in equal __ (e.g., weekly, monthly, quarterly) installments of $ __ over a period of __ (e.g., months or years),
         to commence __ (e.g., 30 or 60 days) after the date of this judgment; or

D    [ ] Payment in equal __ (e.g., weekly, monthly, quarterly) installments of $ __ over a period of __ (e.g., months or years),
         to commence __ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E    [ ] Payment during the term of supervised release will commence within __ (e.g., 30 or 60 days) after release from
         imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time;
         or

F    [ ] Special instructions regarding the payment of criminal monetary penalties:


Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary
penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau
of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ]    Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several
Amount, and corresponding payee, if appropriate:


[ ]    The defendant shall pay the cost of prosecution.

[ ]    The defendant shall pay the following court cost(s):

[ ]    The defendant shall forfeit the defendant's interest in the following property to the United States:

PROB22_OUT

# U.S. District Court
# Eastern District of California - Live System (Fresno)
# CRIMINAL DOCKET FOR CASE #: 1:06-cr-00171-OWW-5
# Internal Use Only

Case title: USA v. Silva et al

Date Filed: 05/04/2006
Date Terminated: 12/03/2007

Assigned to: Judge Oliver W. Wanger

## Defendant (5)

**Miguel Quintero**
*TERMINATED: 12/03/2007*

represented by **Barbara Hope O'Neill**
Barbara Hope O'Neill
Attorney at Law
2014 Tulare Street, Suite 510
Fresno, CA 93721
(559) 459-0655
Fax: (559) 459-0656
Email: tajfalaw@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*
*Designation: CJA*
*Appointment*

I hereby attest and certify on 5/22/08
that the foregoing document is a full, true
and correct copy of the original on file in my
office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ Deputy

## Pending Counts

None

## Highest Offense Level (Opening)

None

## Disposition

| Terminated Counts | Disposition |
|---|---|
| 21:846 & 841 (a)(1) - CONSPIRACY TO DISTRIBUTE AND POSSESS METHAMPHETAMINE AND MARIJUANA WITH THE INTENT TO DISTRIBUTE (1) | Dismissed |
| 21 USC 846 and 841(a)(1) CONSPIRACY TO DISTRIBUTE AND POSSESS METHAMPHETAMINE AND MARIJUANA WITH THE INTENT TO DISTRIBUTE (1s) | Dismissed |
| 21 USC 846 and 841(a)(1) CONSPIRACY TO DISTRIBUTE AND POSSESS METHAMPHETAMINE AND MARIJUANA WITH THE INTENT TO DISTRIBUTE (1ss) | Dismissed |
| 21:846,841(a)(1) and (b)(1) (D) - Conspiracy to Possess Marijuana with the Intent to Distribute (1sss) | Custody 24 months. Special Assessment $100. Fine Waived. Supervised Release 36 months. Appeal Waived. |

## Highest Offense Level

## (Terminated)
Felony

## Complaints                              ## Disposition
None

## Plaintiff

**USA**                            represented by **Laurel Jackson Montoya**
                                                United States Attorney
                                                2500 Tulare Street
                                                Suite 4401
                                                Fresno, CA 93721
                                                (559) 497-4007
                                                Fax: (559) 497-4099
                                                Email:
                                                laurel.j.montoya@usdoj.gov
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE*
                                                *NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 05/04/2006 | 10 | INDICTMENT as to Erasmo Silva (1) count(s) 1, 4, Suzanne Barnett (2) count(s) 1, Jose Quintanilla Silva (3) count(s) 1, Nicanor Manera (4) count(s) 1, Miguel Quintero (5) count(s) 1, Dustin Smiley (6) count(s) 1, Wesley Smiley (7) count(s) 1, George Buchholz (8) count(s) 1, 2, Michael Wattenbarger (9) count(s) 1, Ernie Lipps (10) count(s) 1, Rusten Pahl (11) count(s) 3, Ismael Alvarez (12) count(s) 1, Jose Asucion Romo (13) count(s) 1. (Attachments: # 1 True Bill# 2 Defendant Information Sheet - Erasmo Silva# 3 Defendant Information Sheet - Barnett# 4 Defendant Information Sheet - Jose Quintanilla Silva# 5 |

Defendant Information Sheet - Manera# <u>6</u> Defendant Information Sheet - Quintero# <u>7</u> Defendant Information Sheet - Dustin Smiley# <u>8</u> Defendant Information Sheet - Wesley Smiley# <u>9</u> Defendant Information Sheet - Buchholz# <u>10</u> Defendant Information Sheet - Wattenbarger# <u>11</u> Defendant Information Sheet - Lipps# <u>12</u> Defendant Information Sheet - Pahl# <u>13</u> Defendant Information Sheet - Delemora# <u>14</u> Defendant Information Sheet - Romo) (Keeler, P) (Entered: 05/05/2006)

| 05/09/2006 | <u>17</u> | ORDER REASSIGNING CASE; New case # 1:06-cr-171 OWW, as to Jose Asucion Romo, Ismael Alvarez, Erasmo Silva, Suzanne Barnett, Jose Quintanilla Silva, Nicanor Manera, Miguel Quintero, Dustin Smiley, Wesley Smiley, George Buchholz, Michael Wattenbarger, Ernie Lipps, Rusten Pahl signed by Judge Oliver W. Wanger on 5/7/6. (Kusamura, W) (Entered: 05/09/2006) |

| 05/24/2006 | 30 | MINUTES (TEXT Only) for proceedings held before Judge Sandra M. Snyder on 5/24/2006: ARRAIGNMENT as to Miguel Quintero (5) Count 1 held - NOT GUILTY PLEA ENTERED; discovery requested & is available for paneled counsel or by 5/26/06. Defendant was removed from NDofCA - DETENTION HEARING set for 5/26/2006 at 11:00 AM in Courtroom 7 (SMS) before Judge Sandra M. Snyder. STATUS CONFERENCE set for 6/5/2006 at 01:30 PM in Courtroom 3 (OWW) before Judge Oliver W. Wanger with co-dfts.Government Counsel L. Montoya present. Defense Counsel F. Zepeda, spec appearance - paneled appointed present. Custody Status: in Custody. Court Reporter/CD Number: A. Alvarez. (Herman, H) (Entered: 05/25/2006) |

| 05/24/2006 | <u>32</u> | (Court only) CJA 23 FINANCIAL AFFIDAVIT by Miguel Quintero. (Rooney, M) (Entered: 05/26/2006) |

| 05/26/2006 | 34 | MINUTES (TEXT Only) for proceedings held before Judge Sandra M. Snyder on 5/26/2006: DETENTION HEARING as to Miguel Quintero (5) held, submit - defendant Ordered DETAINED. MOTION HEARING for appointment of counsel held - attorney O'Neill appointed. Government Counsel L. Montoya present. Defense Counsel Barbara O'Neill, appointed present. Custody Status: in Custody. Court Reporter/CD Number: ECRO. (Herman, H) (Entered: 05/30/2006) |
|---|---|---|
| 05/26/2006 | 35 | NOTICE of ATTORNEY APPEARANCE: Barbara Hope O'Neill appearing for Miguel Quintero (Kusamura, W) (Entered: 05/31/2006) |
| 06/02/2006 | 39 | CJA 20 as to Miguel Quintero: Appointment of Attorney Barbara Hope O'Neill for Miguel Quintero; order signed by Judge Oliver W. Wanger on 5/26/06. (Rooney, M) (Entered: 06/02/2006) |
| 06/02/2006 | 40 | DETENTION ORDER as to Miguel Quintero (5) - defendant Ordered DETAINED. signed by Judge Sandra M. Snyder on 6/2/2006. (Herman, H) (Entered: 06/02/2006) |
| 06/05/2006 | 43 | MINUTES for proceedings held before Judge Oliver W. Wanger : TEXT ONLY ENTRY -STATUS CONFERENCE as to Jose Asucion Romo, Ismael Alvarez DeLaMora, Erasmo Silva, Suzanne Barnett, Jose Quintanilla Silva, Nicanor Manera, Miguel Quintero, Wesley Smiley, George Buchholz, Michael Wattenbarger, Rusten Pahl held on 6/5/2006. Further Status Conference set for 7/5/2006 at 01:30 PM in Courtroom 3 (OWW) before Judge Oliver W. Wanger. XT Start: 06/05/2006 Stop: 7/5/2006 Court Reporter/CD Number: K. Lopez. (Lucas, G) (Entered: 06/06/2006) |
| 06/30/2006 | 70 | MOTION For a motion/briefing schedule *to respond to defense motions* by USA as to Jose Asucion Romo, Ismael Alvarez DeLaMora, Erasmo Silva, Suzanne |

Barnett, Jose Quintanilla Silva, Nicanor Manera,
Miguel Quintero, Dustin Smiley, Wesley Smiley,
George Buchholz, Michael Wattenbarger, Ernie Lipps,
Rusten Pahl. Motion Hearing set for 7/5/2006 at 01:30
PM in Courtroom 3 (OWW) before Judge Oliver W.
Wanger. (Montoya, Laurel) (Entered: 06/30/2006)

07/05/2006  ◌71  MINUTES (Text Only) for proceedings held before
Judge Oliver W. Wanger :STATUS CONFERENCE as
to Jose Asucion Romo, Ismael Alvarez DeLaMora,
Erasmo Silva, Suzanne Barnett, Jose Quintanilla Silva,
Nicanor Manera, Miguel Quintero, Dustin Smiley,
Wesley Smiley, George Buchholz, Michael
Wattenbarger, Rusten Pahl held on 7/5/2006. Motions
due by 8/7/2006. Responses due by 9/6/2006. Motion
Hearing set for 9/11/2006 at 01:30 PM in Courtroom 3
(OWW) before Judge Oliver W. Wanger. Currently
pending motions also continued to new date. XE Start:
07/05/2006 Stop: 09/11/2006 Court Reporter/CD
Number: P. Crawford. (Lucas, G) (Entered:
07/06/2006)

08/21/2006  ◌94  STIPULATION and PROPOSED ORDER by USA.
(Montoya, Laurel) (Entered: 08/21/2006)

09/07/2006  ◌96  SUPERSEDING INDICTMENT as to Erasmo Silva
(1) count(s) 1s, 5s, 6s, Suzanne Barnett (2) count(s) 1s,
Jose Quintanilla Silva (3) count(s) 1s, 7s, Nicanor
Manera (4) count(s) 1s, Miguel Quintero (5) count(s)
1s, Dustin Smiley (6) count(s) 1s, Wesley Smiley (7)
count(s) 1s, George Buchholz (8) count(s) 1s, 2s,
Michael Wattenbarger (9) count(s) 1s, Ernie Lipps (10)
count(s) 1s, Rusten Pahl (11) count(s) 3s, Ismael
Alvarez DeLaMora (12) count(s) 1s, Jose Asucion
Romo (13) count(s) 1s, Ruben Contreras (14) count(s)
1, 4, Jose Luis Ortiz Hernandez (15) count(s) 1.
(Attachments: # 1 true bill # 2 dft info-Erasmo Silva #
3 dft inf-Suzanne Barnett # 4 dft info-Jose Quintanilla
Silva # 5 dft info-Nicanor Manera # 6 dft info-Miguel

Quintero # 7 dft info-Dustin Smiley # 8 dft info-
Wesley Smiley # 9 dft info-George Buchholz # 10 dft
info-Michael Wattenbarger # 11 dft info-Ernie Lipps #
12 dft info-Rusten Pahl # 13 dft info-Ismael Alvarez
De La Mora # 14 dft info-Jose Asuncion Romo # 15
dft info-Ruben Contreras # 16 dft info-Jose Luis Ortiz
Hernandez) (Rooney, M) (Entered: 09/08/2006)

09/14/2006   98   MEMORANDUM/RESPONSE in OPPOSITION by
USA as to Jose Asucion Romo, Ismael Alvarez
DeLaMora, Erasmo Silva, Suzanne Barnett, Jose
Quintanilla Silva, Nicanor Manera, Miguel Quintero,
Dustin Smiley, Wesley Smiley, George Buchholz,
Michael Wattenbarger, Ernie Lipps, Rusten Pahl,
Ruben Contreras, Jose Luis Ortiz Hernandez.
*Defendant Romo's Motion for Informant Disclosure*
(Montoya, Laurel) (Entered: 09/14/2006)

09/14/2006   99   MEMORANDUM/RESPONSE in OPPOSITION by
USA as to Jose Asucion Romo, Ismael Alvarez
DeLaMora, Erasmo Silva, Suzanne Barnett, Jose
Quintanilla Silva, Nicanor Manera, Miguel Quintero,
Dustin Smiley, Wesley Smiley, George Buchholz,
Michael Wattenbarger, Ernie Lipps, Rusten Pahl,
Ruben Contreras, Jose Luis Ortiz Hernandez.
*Defendant Romo's Motion for Discovery* (Montoya,
Laurel) (Entered: 09/14/2006)

09/14/2006   100   MEMORANDUM/RESPONSE in OPPOSITION by
USA as to Jose Asucion Romo, Ismael Alvarez
DeLaMora, Erasmo Silva, Suzanne Barnett, Jose
Quintanilla Silva, Nicanor Manera, Miguel Quintero,
Dustin Smiley, Wesley Smiley, George Buchholz,
Michael Wattenbarger, Ernie Lipps, Rusten Pahl,
Ruben Contreras, Jose Luis Ortiz Hernandez.
*Defendant Barnett's Motion for FRE 404(b) Evidence*
(Montoya, Laurel) (Entered: 09/14/2006)

09/14/2006   101   MEMORANDUM/RESPONSE in OPPOSITION by

USA as to Jose Asucion Romo, Ismael Alvarez
DeLaMora, Erasmo Silva, Suzanne Barnett, Jose
Quintanilla Silva, Nicanor Manera, Miguel Quintero,
Dustin Smiley, Wesley Smiley, George Buchholz,
Michael Wattenbarger, Ernie Lipps, Rusten Pahl,
Ruben Contreras, Jose Luis Ortiz Hernandez.
*Defendant Barnett's Motion for Brady Information*
(Montoya, Laurel) (Entered: 09/14/2006)

09/14/2006  102  MEMORANDUM/RESPONSE in OPPOSITION by
USA as to Jose Asucion Romo, Ismael Alvarez
DeLaMora, Erasmo Silva, Suzanne Barnett, Jose
Quintanilla Silva, Nicanor Manera, Miguel Quintero,
Dustin Smiley, Wesley Smiley, George Buchholz,
Michael Wattenbarger, Ernie Lipps, Rusten Pahl,
Ruben Contreras, Jose Luis Ortiz Hernandez.
*Defendant Barnett's Motion for Discovery* (Montoya,
Laurel) (Entered: 09/14/2006)

09/14/2006  103  MEMORANDUM/RESPONSE in OPPOSITION by
USA as to Jose Asucion Romo, Ismael Alvarez
DeLaMora, Erasmo Silva, Suzanne Barnett, Jose
Quintanilla Silva, Nicanor Manera, Miguel Quintero,
Dustin Smiley, Wesley Smiley, George Buchholz,
Michael Wattenbarger, Ernie Lipps, Rusten Pahl,
Ruben Contreras, Jose Luis Ortiz Hernandez.
*Defendant Barnett's Motion for FRCP 12 Information*
(Montoya, Laurel) (Entered: 09/14/2006)

09/14/2006  104  MEMORANDUM/RESPONSE in OPPOSITION by
USA as to Jose Asucion Romo, Ismael Alvarez
DeLaMora, Erasmo Silva, Suzanne Barnett, Jose
Quintanilla Silva, Nicanor Manera, Miguel Quintero,
Dustin Smiley, Wesley Smiley, George Buchholz,
Michael Wattenbarger, Ernie Lipps, Rusten Pahl,
Ruben Contreras, Jose Luis Ortiz Hernandez.
*Defendant D. Smiley's Motion for Discovery* (Montoya,
Laurel) (Entered: 09/14/2006)

09/14/2006  ⊋ 105   MEMORANDUM/RESPONSE in OPPOSITION by
USA as to Jose Asucion Romo, Ismael Alvarez
DeLaMora, Erasmo Silva, Suzanne Barnett, Jose
Quintanilla Silva, Nicanor Manera, Miguel Quintero,
Dustin Smiley, Wesley Smiley, George Buchholz,
Michael Wattenbarger, Ernie Lipps, Rusten Pahl,
Ruben Contreras, Jose Luis Ortiz Hernandez.
*Defendant E. Silva's Motion for Discovery* (Montoya,
Laurel) (Entered: 09/14/2006)

09/14/2006  ⊋ 106   MEMORANDUM/RESPONSE in OPPOSITION by
USA as to Jose Asucion Romo, Ismael Alvarez
DeLaMora, Erasmo Silva, Suzanne Barnett, Jose
Quintanilla Silva, Nicanor Manera, Miguel Quintero,
Dustin Smiley, Wesley Smiley, George Buchholz,
Michael Wattenbarger, Ernie Lipps, Rusten Pahl,
Ruben Contreras, Jose Luis Ortiz Hernandez.
*Defendant J. Silva's Motion for Brady Information*
(Montoya, Laurel) (Entered: 09/14/2006)

09/14/2006  ⊋ 107   MEMORANDUM/RESPONSE in OPPOSITION by
USA as to Jose Asucion Romo, Ismael Alvarez
DeLaMora, Erasmo Silva, Suzanne Barnett, Jose
Quintanilla Silva, Nicanor Manera, Miguel Quintero,
Dustin Smiley, Wesley Smiley, George Buchholz,
Michael Wattenbarger, Ernie Lipps, Rusten Pahl,
Ruben Contreras, Jose Luis Ortiz Hernandez.
*Defendant J. Silva's Motion for Discovery* (Montoya,
Laurel) (Entered: 09/14/2006)

09/15/2006  ⊋ 108   MEMORANDUM/RESPONSE in OPPOSITION by
USA as to Jose Asucion Romo, Ismael Alvarez
DeLaMora, Erasmo Silva, Suzanne Barnett, Jose
Quintanilla Silva, Nicanor Manera, Miguel Quintero,
Dustin Smiley, Wesley Smiley, George Buchholz,
Michael Wattenbarger, Ernie Lipps, Rusten Pahl,
Ruben Contreras, Jose Luis Ortiz Hernandez.
*Defendant D. Smiley's Motion to Sever* (Montoya,
Laurel) (Entered: 09/15/2006)

09/18/2006  109  MINUTES (Text Only) for proceedings held before
Judge Oliver W. Wanger :MOTION HEARING as to
Jose Asucion Romo, Ismael Alvarez DeLaMora,
Erasmo Silva, Suzanne Barnett, Jose Quintanilla Silva,
Nicanor Manera, Miguel Quintero, Dustin Smiley,
Wesley Smiley, George Buchholz, Michael
Wattenbarger, Rusten Pahl held on 9/18/2006. All
defendants are arraigned on the Superseding
Indictment and enter pleas of not guilty. Further
motions to be filed by 10/23/2006. Response due by
11/13/2006. Hearing on all pending motions and any
further motions set for 12/4/2006 at 01:30 PM in
Courtroom 3 (OWW) before Judge Oliver W. Wanger.
(Lucas, G) (Entered: 09/18/2006)

10/05/2006  113  SECOND SUPERSEDING INDICTMENT as to
Erasmo Silva (1) count(s) 1ss, 5ss, 6ss, Suzanne
Barnett (2) count(s) 1ss, Jose Quintanilla Silva (3)
count(s) 1ss, 7ss, Nicanor Manera (4) count(s) 1ss,
Miguel Quintero (5) count(s) 1ss, Dustin Smiley (6)
count(s) 1ss, Wesley Smiley (7) count(s) 1ss, George
Buchholz (8) count(s) 1ss, 2ss, Michael Wattenbarger
(9) count(s) 1ss, Ernie Lipps (10) count(s) 1ss, Rusten
Pahl (11) count(s) 3ss, Ismael Alvarez DeLaMora (12)
count(s) 1ss, Jose Asucion Romo (13) count(s) 1ss,
Ruben Contreras (14) count(s) 1s, 4s, Jose Luis Ortiz
Hernandez (15) count(s) 1s. (Attachments: # 1 true bill
# 2 dft info - Erasmo Silva # 3 dft info - Suzanne
Barnett # 4 dft info - Jose Quintanilla Silva # 5 dft info
- Nicanor Manera # 6 dft info - Miguel Quintero # 7 dft
info - Dustin Smiley # 8 dft info - Wesley Smiley # 9
dft info - George Buchholz # 10 dft info - Michael
Wattenbarger # 11 dft info - Ernie Lipps # 12 dft info -
Rusten Pahl # 13 dft info - Ismael Alvarez Delemora #
14 dft info - Jose Asucion Romo # 15 dft info - Ruben
Contreras # 16 dft info - Jos Luis Ortiz Hernandez)
(Rooney, M) (Entered: 10/06/2006)

10/26/2006  ○ 126  ORDER DIRECTING that the United States and its
                    agencies including DEA, ATF, and/or the US Marshal
                    Service, are authorized to maintain and preserve the
                    assets listed in this order until the conclusion of the
                    instant criminal matter or pending further order of this
                    court as to all defendants; order signed by Judge Oliver
                    W. Wanger on 10/24/06. (Rooney, M) (Entered:
                    10/26/2006)

11/16/2006  ○ 141  CLERK'S NOTICE (TEXT ONLY)to W. Quinlan re
                    attachment #1 139 MOTION for
                    RECONSIDERATION. When filing attachments with
                    your main document, you are required to identify
                    theattachment(s) by selecting the Type and/or entering
                    a Description of the document. Thesefields appear in
                    Step 2 of the attachment screen. If you select a Type,
                    do not repeat the sametext in the Description field. If
                    you need assistance, please contact the CM/ECF help
                    desk at866-884-5444. (Gil-Garcia, A) (Entered:
                    11/16/2006)

11/29/2006  ○ 144  MEMORANDUM/RESPONSE in OPPOSITION by
                    USA as to Jose Asucion Romo, Ismael Alvarez
                    DeLaMora, Erasmo Silva, Suzanne Barnett, Jose
                    Quintanilla Silva, Nicanor Manera, Miguel Quintero,
                    Dustin Smiley, Wesley Smiley, George Buchholz,
                    Michael Wattenbarger, Ernie Lipps, Rusten Pahl,
                    Ruben Contreras, Jose Luis Ortiz Hernandez re 123
                    MOTION for DISCOVERY. (Montoya, Laurel)
                    (Entered: 11/29/2006)

11/29/2006  ○ 145  MEMORANDUM/RESPONSE in OPPOSITION by
                    USA as to Jose Asucion Romo, Ismael Alvarez
                    DeLaMora, Erasmo Silva, Suzanne Barnett, Jose
                    Quintanilla Silva, Nicanor Manera, Miguel Quintero,
                    Dustin Smiley, Wesley Smiley, George Buchholz,
                    Michael Wattenbarger, Ernie Lipps, Rusten Pahl,
                    Ruben Contreras, Jose Luis Ortiz Hernandez re 116
                    MOTION for DISCOVERY. (Montoya, Laurel)

(Entered: 11/29/2006)

11/30/2006  ○ 147   MEMORANDUM/RESPONSE in OPPOSITION by
USA as to Jose Asucion Romo, Ismael Alvarez
DeLaMora, Erasmo Silva, Suzanne Barnett, Jose
Quintanilla Silva, Nicanor Manera, Miguel Quintero,
Dustin Smiley, Wesley Smiley, George Buchholz,
Michael Wattenbarger, Ernie Lipps, Rusten Pahl,
Ruben Contreras, Jose Luis Ortiz Hernandez.
*Defendant Wattenbarger's Motion for Discovery, for
an Evidentiary Hearing, and to Quash and to Suppress
Evidence* (Montoya, Laurel) (Entered: 11/30/2006)

12/04/2006  ○ 149   MINUTES (Text Only) for proceedings held before
Judge Oliver W. Wanger :MOTION HEARING as to
Jose Asucion Romo, Ismael Alvarez DeLaMora,
Erasmo Silva, Suzanne Barnett, Jose Quintanilla Silva,
Nicanor Manera, Miguel Quintero, Dustin Smiley,
Wesley Smiley, George Buchholz, Michael
Wattenbarger, Rusten Pahl, Jose Luis Ortiz Hernandez
held on 12/4/2006. All defendants arraigned on the
Superseding Indictment and enter pleas of not guilty.
Discovery motions heard and ruled upon. Statement of
Erasmo Silva and the debriefing of the informant to be
provided to the court for review under seal.
Wattenbergers motion for reconsideration is heard.
Government to provide the Marshal policy regarding
contact visits. Government brief due by 12/18/2006.
Defendants reply due by 1/3/2007. Matter then
submitted. Motions due by 9/7/2007. Responses due by
9/13/2007. Trial Confirmation Hearing set for
9/17/2007 at 01:30 PM in Courtroom 3 (OWW) before
Judge Oliver W. Wanger. Jury Trial set for 10/10/2007
at 01:00 PM in Courtroom 3 (OWW) before Judge
Oliver W. Wanger. XT Start: 12/4/2006 Stop:
10/10/2007 Court Reporter/CD Number: K. Lopez.
Interpreter D. Pflug present. (Lucas, G) (Entered:
12/05/2006)

12/06/2006   150   TRANSCRIPT of Hearing re defendant's motion for modifcation of pretrial detention as to Erasmo Silva held on 11/8/2006 before Judge Lawrence J. O'Neill. Court Reporter: Petrilla Reporting. (TEXT ONLY) (Alvarez, A) (Entered: 12/06/2006)

08/03/2007   209   MEMORANDUM/RESPONSE in OPPOSITION by USA as to Jose Asucion Romo, Ismael Alvarez DeLaMora, Erasmo Silva, Suzanne Barnett, Jose Quintanilla Silva, Nicanor Manera, Miguel Quintero, Dustin Smiley, Wesley Smiley, George Buchholz, Michael Wattenbarger, Ernie Lipps, Rusten Pahl, Ruben Contreras, Sr, Jose Luis Ortiz Hernandez re 197 MOTION for BILL of PARTICULARS *Defendant Michael Wattenbarger's Notice of Motion, Motion and Points and Authorities for a Bill of Particulars*. (Montoya, Laurel) (Entered: 08/03/2007)

08/03/2007   210   MEMORANDUM/RESPONSE in OPPOSITION by USA as to Jose Asucion Romo, Ismael Alvarez DeLaMora, Erasmo Silva, Suzanne Barnett, Jose Quintanilla Silva, Nicanor Manera, Miguel Quintero, Dustin Smiley, Wesley Smiley, George Buchholz, Michael Wattenbarger, Ernie Lipps, Rusten Pahl, Ruben Contreras, Sr, Jose Luis Ortiz Hernandez. (Montoya, Laurel) (Entered: 08/03/2007)

08/03/2007   211   MEMORANDUM/RESPONSE in OPPOSITION by USA as to Jose Asucion Romo, Ismael Alvarez DeLaMora, Erasmo Silva, Suzanne Barnett, Jose Quintanilla Silva, Nicanor Manera, Miguel Quintero, Dustin Smiley, Wesley Smiley, George Buchholz, Michael Wattenbarger, Ernie Lipps, Rusten Pahl, Ruben Contreras, Sr, Jose Luis Ortiz Hernandez re 199 MOTION to DISMISS *Notice of Motion and Points and Authorities to Dismiss Second Superseding Indictment*. (Montoya, Laurel) (Entered: 08/03/2007)

09/10/2007   241   MINUTES (Text Only) for proceedings held before

Judge Oliver W. Wanger :STATUS CONFERENCE as to Ismael Alvarez DeLaMora, Erasmo Silva, Suzanne Barnett, Jose Quintanilla Silva, Nicanor Manera, Miguel Quintero, Dustin Smiley, Wesley Smiley, George Buchholz, Michael Wattenbarger, Ernie Lipps, Rusten Pahl, Ruben Contreras, Sr, Jose Luis Ortiz Hernandez continued, for status and to set trial date, to 9/17/2007 at 01:30 PM in Courtroom 3 (OWW) before Judge Oliver W. Wanger. Government Counsel L. Montoya present. Defense Counsel R. Beshwate, J. Levie appearing for herself and for P. Milrod, R. Litman, B. O'Neill, D. Blickenstaff, S. Sciandra, J. Homola, S. Crawford - appearing for himself and for D. Harralson present. Custody Status: E. Silva, J. Quintanilla, N.r Manera, M. Quintero, D. Smiley, G. Buchholz, I. DeLa Mora, R. Contreras, E. Lipps - Custody; S. Barnett, W Smiley, R. Pahl, M. Wattenbarger, J. Hernandez - Bond. Court Reporter/CD Number: K. Lopez. Interpreter D. Pflug present. (Timken, A) (Entered: 09/13/2007)

09/13/2007  242    NOTICE TO COUNSEL - TEXT ONLY ENTRY: The appearance of all counsel at the hearing set for 9/17/2007 at 1:30 PM before Judge Wanger is mandatory. If other counsel will be appearing on your behalf, they must have the authority to set a firm trial date on your calendar. (Lucas, G) (Entered: 09/13/2007)

09/14/2007  243    PLEA AGREEMENT as to Miguel Quintero. (Montoya, Laurel) (Entered: 09/14/2007)

09/14/2007  244    WAIVER of INDICTMENT by Miguel Quintero. (Montoya, Laurel) (Entered: 09/14/2007)

09/14/2007  248    **SUPERSEDING** INFORMATION as to Miguel Quintero (5) count(s) 1sss. (Hellings, J) (Entered: 09/18/2007)

09/17/2007  250    MINUTES (Text Only) for proceedings held before

Judge Oliver W. Wanger :CHANGE of PLEA HEARING as to Miguel Quintero held on 9/17/2007. GUILTY PLEA ENTERED by Miguel Quintero (5) as to Count 1sss. Sentencing set for 12/3/2007 at 09:00 AM in Courtroom 3 (OWW) before Judge Oliver W. Wanger. Government Counsel L. Montoya present. Defense Counsel B. O'Neill present. Custody Status: In Custody. Court Reporter/CD Number: K. Lopez. (Lucas, G) (Entered: 09/18/2007)

12/03/2007  262    MINUTES (Text Only) for proceedings held before Judge Oliver W. Wanger :SENTENCING held on 12/3/2007 for Miguel Quintero (5), Count(s) 1, 1s, 1ss, Dismissed; Count(s) 1sss, Custody 24 months. Special Assessment $100. Fine Waived. Supervised Release 36 months. Appeal Waived. The Court recommends a California Institute. The Court also recommends the 500 hour program. The Court grants the government's motion to dismiss the remaining counts. DEFENDANT TERMINATED. Government Counsel L. Montoya present. Defense Counsel B. O'Neill present. Custody Status: Custody. Court Reporter/CD Number: P. Crawford. (Timken, A) (Entered: 12/03/2007)

12/06/2007  265    JUDGMENT and COMMITMENT as to Miguel Quintero signed by Judge Oliver W. Wanger on 12/6/2007. (Lucas, G) (Entered: 12/06/2007)

01/30/2008  274    STIPULATION and PROPOSED ORDER Stipulation to Continue Hearing re: Ernie Lipps by USA. (Montoya, Laurel) (Entered: 01/30/2008)

02/04/2008  276    NOTICE RE 275 : Notice to Counsel: Document 275 is continuing the hearing for a change of plea as to Ernie Lipps only. (Timken, A) (Entered: 02/04/2008)

04/23/2008  325    ORDER re Interlocutory sale of 2006 BMC Bobber 88 Motorcycle VIN: 1B9HB28806B565050, paper tags, registered to Erasmo Silva, signed by Judge Oliver W. Wanger on 04/22/2008. (Kusamura, W) (Entered:

04/23/2008)

05/01/2008  329  STIPULATION and PROPOSED ORDER to Continue
Sentencing by George Buchholz. (Irigoyen, J.M.)
(Entered: 05/01/2008)

05/02/2008  333  OBJECTION to PRESENTENCE REPORT by USA
as to Jose Asucion Romo, Ismael Alvarez DeLaMora,
Erasmo Silva, Suzanne Barnett, Jose Quintanilla Silva,
Nicanor Manera, Miguel Quintero, Dustin Smiley,
Wesley Smiley, George Buchholz, Michael
Wattenbarger, Ernie Lipps, Rusten Pahl, Ruben
Contreras, Sr, Jose Luis Ortiz Hernandez.
*Government's Response to Rusten Pahl's Formal
Objections* (Attachments: # 1 Exhibit)(Montoya,
Laurel) (Entered: 05/02/2008)

05/20/2008  345  PROBATION JURISDICTION (PROBATION 22
Out) TRANSFERRED to Northern District of CA as to
Miguel Quintero. Signed by Judge Oliver W.
Wangeron 4/28/08. Transmitted Transfer of
Jurisdiction form, with certified copies of indictment,
judgment and docket sheet. DEFENDANT
TERMINATED. CASE CLOSED. (Hellings, J)
(Entered: 05/22/2008)

05/22/2008  346  TRANSMITTAL of DOCUMENTS re 345 Probation
22 Out, on *5/20/2008* to * U.S. District Court for
the* *Northern District of CA* *450 Golden Gate
Avenue* *San Francisco, CA 94102-3489*.
*Certified Copies of Indictment, Judgment and Docket
Sheet*. (Hellings, J) (Entered: 05/22/2008)